# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Allen,<br><br>        Plaintiff,<br><br>    v.<br><br>Aetna Life Insurance Company,<br><br>        Defendants. | Case No.  CV15-00431 PHX-DGC<br><br>**ORDER** |

The parties have filed a stipulation for extension of time to provide the Court with dismissal documents.  Doc. 29.

**IT IS ORDERED** that the stipulation (Doc. 29) is **granted.**  The parties shall file appropriate dismissal documents with the Court on or before **November 18, 2015.**  The parties are advised that the Court is not inclined to grant further extension to this deadline.

Dated this 28th day of October, 2015.

_____
David G. Campbell
United States District Judge

1